WILLSON & ADAMS COMPANY, Plaintiff, *v.* MACK PAVING AND CONSTRUCTION COMPANY et al., Respondents, and THOMAS F. MOORE, Appellant, Impleaded with Others.

*Willson & Adams Co.* v. *Mack Paving & Construction Co.*, 167 App. Div. 917, affirmed.

(Argued January 11, 1918; decided January 29, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 27, 1915, affirming a judgment in favor of defendants, respondents, entered upon a dismissal of the complaint as to them by the court on trial at Special Term in an action to foreclose a mechanic's lien for material alleged to have been sold by plaintiff to defendant, appellant, and used by him in the construction of the Bronx Valley sewer. The defendant Mack Paving and Construction Company was the general contractor and sublet a portion of the work to defendant Moore. The trial court found that Moore had abandoned his contract and that there was nothing due him from the general contractor.

*William H. Harding* for appellant.
*L. Laflin Kellogg* and *Alfred C. Petté* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN, CARDOZO, POUND and ANDREWS, JJ.